UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Thomas Edward Sabo,

        Plaintiff,

vs.                                             ORDER

Dean Mooney, Director of the
Minnesota Sex Offender Program,

        Defendant.              Civ. No. 05-1187 (RHK/RLE)

* * * * * * * * * * * * * * * * *

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

      ORDERED:

      That the Petitioner's application for Habeas Corpus Relief under Title 28 U.S.C. §2254 [Docket No. 1] is summarily DISMISSED.

                                                  BY THE COURT:

                                                  s/Richard H. Kyle
                                                  Judge Richard H. Kyle
                                                  United States District Court

DATED: 2/24/06
At St. Paul, Minnesota